STEPTOE & JOHNSON LLP
SEONG H. KIM (No. 166604)
skim@steptoe.com
2121 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 734-3200
Facsimile (310) 734-3300

Attorneys for Defendants
Forever 21, Inc. and Forever 21 Retail, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation, AUTODESK, INC., a Delaware corporation and COREL CORPORATION, a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FOREVER 21, INC., a Delaware corporation, and FOREVER 21 RETAIL, INC., a California Corporation,<br><br>Defendants. | Case No. 3:15-cv-00404–WHA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Hon. William Alsup |

1 | Pursuant to Civil Local Rule 6-1(a), defendants Forever 21, Inc., and Forever 21 Retail, Inc. (collectively, "Forever 21"), and plaintiffs Adobe Systems Incorporated; Autodesk, Inc.; and Corel Corporation (collectively, "Plaintiffs"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs served their complaint for damages and injunctive relief ("Complaint") on March 11, 2015;

WHEREAS, Forever 21 retained current counsel on March 27, 2015;

WHEREAS, Forever 21 currently has until April 1, 2015, to answer or respond to Plaintiffs' Complaint;

WHEREAS, Forever 21 has requested and Plaintiffs have consented to an additional two weeks for Forever 21's answer or response to Plaintiffs' Complaint;

WHEREAS, an additional two weeks for Forever 21's answer or response to Plaintiffs' Complaint will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Forever 21 shall answer or otherwise respond to Plaintiffs' Complaint by April 15, 2015.

Dated: April 1, 2015            **STEPTOE & JOHNSON LLP**

By:      /s/ Seong H. Kim
         SEONG H. KIM
Attorneys for Defendants Forever 21, Inc. and Forever 21 Retail, Inc.

Dated: April 1, 2015            **DONAHUE FITZGERALD LLP**

By:      /s/Julie E. Hofer
         Julie E. Hofer
Attorneys for Plaintiffs Adobe Systems Incorporated, Autodesk, Inc., and Corel Corporation

1

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this stipulation and Proposed Order has been obtained from the other signatories.

Dated: April 1, 2015          By:      /s/ Seong H. Kim
                                       SEONG H. KIM