**STEPTOE & JOHNSON LLP**
SEONG H. KIM (No. 166604)
skim@steptoe.com
2121 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 734-3200
Facsimile (310) 734-3300

Attorneys for Defendants
Forever 21, Inc. and Forever 21 Retail, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation, AUTODESK, INC., a Delaware corporation and COREL CORPORATION, a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FOREVER 21, INC., a Delaware corporation, and FOREVER 21 RETAIL, INC., a California Corporation,<br><br>Defendants. | Case No. 3:15-cv-00404–WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Hon. William Alsup |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-2(a) and 16-2(d), defendants Forever 21, Inc., and |
| 2 | Forever 21 Retail, Inc. (collectively, "Forever 21"), and plaintiffs Adobe Systems Incorporated; |
| 3 | Autodesk, Inc.; and Corel Corporation (collectively, "Plaintiffs"), by and through their |
| 4 | respective counsel of record, hereby stipulate as follows: |
| 5 | WHEREAS, on March 9, 2015, the Court scheduled an Initial Case Management |
| 6 | Conference in this matter, Dkt. 14; |
| 7 | WHEREAS, on March 27, 2015, defendants Forever 21, Inc., and Forever 21 Retail, Inc. |
| 8 | (collectively, "Forever 21") retained their present counsel; |
| 9 | WHEREAS, the parties have met and conferred and agreed that continuing the Initial |
| 10 | Case Management Conference, as well as the antecedent deadlines for a period of two weeks |
| 11 | will enable counsel for Forever 21 time to facilitate a productive Rule 26(f) Conference and |
| 12 | Initial Case Management Conference; |
| 13 | NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, |
| 14 | through their respective counsel, that the Case Management Conference and antecedent |
| 15 | deadlines shall be continued as follows: |

| Event | Current Date | New Date |
|---|---|---|
| Last day for Parties to hold Rule 26(f) Conference | April 2, 2015 | April 16, 2015 |
| Last day for Parties to submit ADR Certification | April 16, 2015 | April 30, 2015 |
| Last day for Parties to submit Joint Case Management Statement | April 16, 2015 | April 30, 2015 |
| Initial Case Management Conference | April 23, 2015 | May 7, 2015, at 8:00 a.m. |

1

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT

Case No. 3:15-cv-00404-WHA

| | | |
|---|---|---|
| 1 | Dated: April 1, 2015 | **STEPTOE & JOHNSON LLP** |
| 2 | | |
| 3 | | By: ___/s/ Seong H. Kim___ |
| | | SEONG H. KIM |
| 4 | | Attorneys for Defendants Forever 21, Inc. and Forever 21 Retail, Inc. |
| 5 | | |
| 6 | | |
| | Dated: April 1, 2015 | **DONAHUE FITZGERALD LLP** |
| 7 | | |
| 8 | | By: ___/s/Julie E. Hofer___ |
| 9 | | Julie E. Hofer |
| | | Attorneys for Plaintiffs Adobe Systems Incorporated, Autodesk, Inc., and Corel Corporation |
| 10 | | |
| 11 | | |

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this stipulation and Proposed Order has been obtained from the other signatories.

Dated: April 1, 2015     By:    ___/s/ Seong H. Kim___
                                      SEONG H. KIM

## [PROPOSED] ORDER

### PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____          _____
                                 HON. WILLIAM ALSUP
                                 Judge of the U.S. District Court

2

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT

Case No. 3:15-cv-00404-WHA