IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation, AUTODESK, INC., a Delaware corporation, and COREL CORPORATION, a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FOREVER 21, INC., a Delaware corporation, and FOREVER 21 RETAIL, INC., a California corporation,<br><br>Defendants. | No. C 15-00404 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties' stipulation to continue the case management conference is hereby **GRANTED IN PART AND DENIED IN PART**. The April 23 case management conference is hereby continued to **APRIL 30 AT 11:00 A.M.** The parties' joint case management statement is due by **APRIL 23 AT NOON**.

**IT IS SO ORDERED.**

Dated: April 1, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE