**STEPTOE & JOHNSON LLP**
SEONG H. KIM (No. 166604)
skim@steptoe.com
2121 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 734-3200
Facsimile (310) 734-3300

DAVID H. KWASNIEWSKI (281985)
dkwasniewski@steptoe.com
1001 Page Mill Road, Building 4, Suite 150
Palo Alto, CA 94304
Telephone: (650) 687-9500
Facsimile: (650) 687-9499

Attorneys for Defendants
Forever 21, Inc. and Forever 21 Retail, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation, AUTODESK, INC., a Delaware corporation and COREL CORPORATION, a Canadian corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>FOREVER 21, INC., a Delaware corporation, and FOREVER 21 RETAIL, INC., a California Corporation,<br><br>　　　　　　Defendants. | Case No. 3:15-cv-00404–WHA<br><br>**DEFENDANTS FOREVER 21, INC., AND FOREVER 21 RETAIL, INC.'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br><br>Hon. William Alsup |

1  TO THE COURT, PLAINTIFFS, AND PLAINTIFFS' COUNSEL OF RECORD:

2  Pursuant to Local Rule 3-15, the undersigned certifies that the following listed persons,
3  association of persons, firms, partnerships, corporations (including parent corporations) or other
4  entities other than the parties themselves known by the party to have either: (i) a financial
5  interest (of any kind in the subject matter in controversy or in a party to the proceeding), or
6  (ii) any other kind of interest that could be substantially affected by the outcome of the
7  proceeding:

8  The Software Publishers Association, doing business as the Software & Information
9  Industry Association, on information and belief, also has an interest in the enforcement of the
10  alleged copyrights asserted in this action.

11  No other entity is known to have any interest in this action aside from the named parties.

Dated: April 15, 2015            **STEPTOE & JOHNSON LLP**

By:      */s/ Seong H. Kim*
              SEONG H. KIM
Attorneys for Defendants Forever 21, Inc. and Forever 21 Retail, Inc.

1

DEFENDANTS' DISCLOSURE OF                                             Case No. 3:15-cv-00404-WHA
NON-PARTY INTERESTED ENTITIES OR PERSONS