**STEPTOE & JOHNSON LLP**
SEONG H. KIM (No. 166604)
skim@steptoe.com
2121 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 734-3200
Facsimile (310) 734-3300

DAVID H. KWASNIEWSKI (281985)
dkwasniewski@steptoe.com
1001 Page Mill Road, Building 4, Suite 150
Palo Alto, CA 94304
Telephone: (650) 687-9500
Facsimile: (650) 687-9499

Attorneys for Defendants
Forever 21, Inc. and Forever 21 Retail, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation, AUTODESK, INC., a Delaware corporation and COREL CORPORATION, a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FOREVER 21, INC., a Delaware corporation, and FOREVER 21 RETAIL, INC., a California Corporation,<br><br>Defendants. | Case No. 3:15-cv-00404–WHA<br><br>**DEFENDANTS FOREVER 21, INC., AND FOREVER 21 RETAIL, INC.'S STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>Hon. William Alsup |

TO THE COURT, PLAINTIFFS, AND PLAINTIFFS' COUNSEL OF RECORD:

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendants Forever 21, Inc., and Forever 21 Retail, Inc., state:

Defendant Forever 21, Inc., is the parent corporation of defendant Forever 21 Retail, Inc. Forever 21, Inc., does not have a parent corporation and no publicly held company owns 10% or more of Forever 21, Inc.'s stock.

Dated: April 15, 2015     **STEPTOE & JOHNSON LLP**

By: _____*/s/ Seong H. Kim*_____
        SEONG H. KIM
Attorneys for Defendants Forever 21, Inc. and Forever 21 Retail, Inc.