# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

## JUDGE WILLIAM ALSUP

Date:  April 30, 2015                                       Total Hearing Time: 5 minutes

Case No.  C15-00404 WHA

Title: ADOBE SYSTEMS v.  FOREVER 21, INC

Plaintiff Attorney(s): Andrew Mackay

Defense Attorney(s): William Abrams; David Kwasniewski

Deputy Clerk:  Dawn Toland                            FTR: 2:32 pm to 2:37 pm

## PROCEEDINGS

1)   CMC - HELD

2)  

Initial Disclosures: 5/22/15

Last Day to Seek Leave to Add/Amend: 6/30/15

Discovery Cutoff: 2/29/16

Last Day to File Dispositive Motion: 4/7/16


Continued to  6/1/16 at 2:00 pm     for Pretrial Conference

Continued to  6/6/16 at 7:30 am     for Jury Trial


**ORDERED AFTER HEARING:**

Parties agree to private mediation.  Mediator shall be selected by 5/15/15; and mediation completed by 8/31/15.