1  JULIE E. HOFER, #152185
   *jhofer@donahue.com*
2  ANDREW S. MACKAY, #197074
   *amackay@donahue.com*
3  DONAHUE FITZGERALD LLP
   Attorneys at Law
4  1999 Harrison St., 25 FL
   Oakland, California 94612
5  Telephone:  (510) 451-3300
   Facsimile:  (510) 451-1527

Attorneys for Plaintiffs
ADOBE SYSTEMS INCORPORATED,
AUTODESK, INC., and COREL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation, AUTODESK, INC., a Delaware corporation and COREL CORPORATION, a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FOREVER 21, INC., a Delaware corporation, and FOREVER 21 RETAIL, INC., a California corporation,<br><br>Defendants. | Case No. 3:15-cv-00404-WHA<br><br>**STIPULATION; ORDER OF DISMISSAL** |

1  Plaintiffs Adobe Systems Incorporated, Autodesk, Inc., and Corel Corporation (referred to collectively hereinafter as "Plaintiffs") and Forever 21, Inc., and Forever 21 Retail, Inc. ("Defendants"), by and through respective counsel signing below, hereby stipulate that the above-captioned case be and hereby is dismissed with prejudice.

Dated: March 10th, 2016

DONAHUE FITZGERALD LLP

By: /s/ Julie E. Hofer
Julie E. Hofer
Attorneys for Plaintiffs
ADOBE SYSTEMS INCORPORATED,
AUTODESK, INC., and COREL CORPORATION

Dated: March 10, 2016

STEPTOE & JOHNSON LLP

By: /s/ James C. Wald
James C. Wald
Attorneys for Defendants
FOREVER 21, INC. and FOREVER 21 RETAIL, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: March 14, 2016.

By: /s/ William Alsup
UNITED STATES DISTRICT JUDGE